IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| SHARENA GAIL KNAPP, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 7:19-cv-00069-O-BP |
| ANDREW M. SAUL, Commissioner of Social Security Administration, | § |
| Defendant. | § |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 22), issued on June 12, 2020. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **REVERSES** the Commissioner of Social Security's decision and **REMANDS** this action for further proceedings.

**SO ORDERED** on this **29th day** of **June, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1