IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SHARENA GAIL KNAPP, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 7:19-cv-00069-O-BP |
| ANDREW M. SAUL, Commissioner of Social Security Administration, | § § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 29), issued on May 13, 2021. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Plaintiff's Motion and Incorporated Brief for Attorney Fees Under the Equal Access to Justice Act (ECF No. 25) and **ORDERS** Defendant to pay Plaintiff Sharena Gail Knapp, in care of Martin W. Long, an attorney, attorneys' fees under the Equal Access to Justice Act for 31.20 hours of service compensated at a rate of $194.36 per hour for services performed in 2019 and for 2.60 hours of service compensated at a rate of $197.25 per hour for services performed in 2020—totaling $6,576.88.

**SO ORDERED** on this **28th day** of **May, 2021**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE

1